**STATE of Missouri, Respondent,**

v.

**Lonnie Lynn VAUGHT, Appellant.**

No. WD 53922.

Missouri Court of Appeals,
Western District.

Dec. 23, 1997.

Stephen Ray Porter, Monroe City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

Per Curiam.

Lonnie Vaught appeals the circuit court's judgment convicting him of disturbing the peace. We affirm. Rule 30.25(b).